# U.S. Bankruptcy Court
## District of Massachusetts

In Re:                                                  Case No: 10-10127 WCH
                                                        Chapter 13
Edward N. McPherson

Debtor

## Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 1/7/10, and the Debtor having failed to file timely the Matrix, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: January 13, 2010

_____
Bankruptcy Judge

c:    Debtor, pro se

      Trustee