**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

JAN 21 '10 AM 9:40 USB

In Re:    Edward N Mcpherson
    Debtor,

Chapter: 13
Case No: 10-10127
Judge William C. Hillman

### CERTIFIED REQUEST PURSUANT TO 11 U.S.C. § 109(h)(3) FOR EXTENSION OF TIME TO FILE CREDIT COUNSELING CERTIFICATE.

Pursuant to 11 U.S.C. § 109(h)(3), the Debtor(s) certify(ies) that he/she/they did not obtain the credit counseling briefing pursuant to 11 U.S.C. 109(h)(1) and requests that the Court extend the time to file and/or obtain a credit counseling certificate, based upon the following grounds:

1) The following exigent circumstances have prevented me/us from obtaining the briefing prior to the petition (for example, foreclosure, eviction, medical or other problems preventing compliance):

_I have been under extreme stress as a result of my Bankruptcy condition and as a result of my separation from wife and children_

2) I/We    (Check whichever applies)

____ Did request credit counseling services from an approved agency but was/were unable to obtain said services during the 5-day period following the request.

✓ Did not request credit counseling services.

3) I/We request an extension of time to a date no longer than 45 days after the date of filing of the bankruptcy petition because:

_of the above mentioned conditions_

Signed under the pains and penalties of perjury on this _21_ day of _January_, _2010_.

_Edward N McPherson_
Debtor                              Debtor

### ORDER

___ The Request is denied.

___ The Request is approved. The time for filing the certificate is extended to _____.

Date:
_____
United States Bankruptcy Judge

[Left margin, judge's signature: William C. Hillman]

[Left margin: 1/21/2010 Moot. The Court will consider this motion upon a properly filed Motion to Vacate Dismissal.]