Matrix List of Creditors

Wells Fargo Auto Finance
P. O. Box 7648
Boise, ID 83707

Wells Fargo Financial
4137 121st Street
Urbandale, IA 50323

HFC
1421 Kristina Way
Chesapeake, VA 23320

Bank of Canton
490 Turnpike Street
Canton, MA 02021

Citibank
P. O. Box 790114
St. Louis, MO 63179

Stefani Plumbing and Heating
95 Camelot Drive
Unit 5B
Plymouth, MA 02360

Ford Motor Credit
P. O. Box 31111
Tampa, FL 33631

Cook & Company
1025 Plain Street
Marshfield, MA 02050

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999