Certificate of Service

Edward N. McPherson
P. O. Box 675
Marshfield, MA  02050
Case # 10-10127

JAN26'10 ᴀᴍ11:37 USB

- Motion to extend filing of certificate of service for the matrix list of creditors.
- Motion to reinstate my Chapter 13 filing case # 10-10127

Carolyn Bankowski – 13
Chapter 13 Trustee
P. O. Box 8250
Boston, MA  02114

Through inadvertence and error I neglected to file the matrix list of creditors in a timely fashion. I am asking that the court extend the filing of the matrix list of creditors until Monday 1-26-2010. I am also respectfully requesting that the court reinstate my Chapter 13 filing case # 10-10127.

Sincerely,

*Edward N. McPherson*

Edward N. McPherson