**EMERGENCY**

FEB10'10 AM 8:35 USB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------x   Case No. 10-10127

Chapter 13

In Re:

Debtor  Edward N. McPherson

------------------------------------------x

MOTION FOR  to set aside dismissal

To the Hon. William Hillman, Bankruptcy Judge:

I, Edward N. McPherson, the Debtor herein, make this Motion for to set aside dismissal and request the following relief:

1. to provide Court with evidence that I complied with Credit Counseling
2. To provide Court with the Matrix of Creditors
3. to provide Court with Service of ch 13 plan to creditors and interested parties.

In support of this Motion, I hereby allege as follows:

I have complied with Credit Counseling and delivered Certificate of Counseling with a Certificate of Service to the Court.

I have prepared and delivered the Matrix of Creditors

I have prepared and delivered the chapter 13 plan to creditors and interested parties at the attached addresses by U.S. Mail with a Certificate of Service to the Court

4. I have met with the Pro Se atty. Leslie Storey and will meet with her on a regular basis to stay current and provide documents to the Court as may be requested and required.

*(signature: William C. Hillman)*

2/10/2010 Granted.

_____

_____

_____

WHEREFORE, the undersigned prays for an order granting the relief requested.

Dated: 2-9-2010

_Edward N. McPherson_
Movant(s) Signature