## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:  MCPHERSON, Edward N.                                  Chapter 13
                                                              Case # 10-10127-WCH
            Debtor(s)

### ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed pursuant to 11 U.S.C.§109(g)(1).

Dated: _____

*[signature: William C. Hillman]*

3/23/2010

**U.S. Bankruptcy Judge**