UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

--------------------------------------x  Case No. 10-10127

Chapter 13

In Re:

Debtor Edward N. McPherson
--------------------------------------x

MOTION FOR Court to accept 1st Amended Plan

To the Hon. William Hillman, Bankruptcy Judge:

I, Edward N. McPherson, the Debtor herein, make this Motion for 1st Amended Plan and request the following relief:

to provide Court with 1st Amended plan as requested

In support of this Motion, I hereby allege as follows:

I have made the changes as requested by the Court to reflect a $15,500. Value to Wells Fargo Auto. Which is an increase from $12,000.

_____

_____

_____

WHEREFORE, the undersigned prays for an order granting the relief requested.

Dated: 3-22-10

*Edward N. McPherson*
Movant(s) Signature

T: 781-929-9861