# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| EDWARD N. McPHERSON, Debtor. | Chapter 13<br>Case No. 10-10127-WCH |

## TRUSTEE'S OBJECTION TO DEBTOR'S
## REQUEST FOR ADDITIONAL TIME FOR FIRST PLAN PAYMENT

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and objects to the Debtor's Motion for Additional Time for First Plan Payment ("the Motion"), and states as follows:

1. The Debtor filed this case on January 7, 2010. The case was dismissed by the Court on January 13, 2010. The Debtor filed an emergency motion to vacate the dismissal on February 10, 2010. The Court granted the emergency motion on February 10, 2010.

2. The meeting of creditors was scheduled for February 24, 2010. The Debtor failed to appear at that meeting despite the fact that the case had been reinstated on February 10, 2010.

3. On February 26, 2010, the Trustee filed a Motion for Order Dismissing Case for the Debtor's failure to appear at the meeting of creditors, and failure to make the first plan payment in the amount of $255.87. The Motion included a Notice of Bar Date for Objections/ Responses, informing the Debtor that he had twenty-one (21) days to file a response, and if no response was filed the Court may act on the motion without further notice or hearing.

4. The Debtor failed to file a response to the Motion to Dismiss, and on March 23, 2010, the Court granted the Motion to Dismiss. The Debtor has now moved to

vacate this dismissal, and the Trustee has filed a response to this request.

    5.    Pursuant to 11 U.S.C. §1326(a)(1), unless the court orders otherwise, a debtor is required to commence making plan payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier. The Debtor filed this case on January 7, 2010. The Debtor filed his first Chapter 13 Plan on January 21, 2010, which provided for payments of $225.87 per month. Therefore the Debtor was required to commence making payments no later than February 7, 2010.

    6.    On March 16, 2010, the Debtor filed an amended plan that increases the plan payments to $570.68 per month. Since the case is pre-confirmed, this plan payment is retroactive to the filing date.

    7.    The Debtor requests additional time to make his first plan payment, alleging that his "real estate business is making significant progress to return to profitability". The Debtor requests additional time "until the meeting of creditors" to make the first plan payment.

    8.    The Trustee asserts that the Debtor has not set forth sufficient grounds for relief from the requirement in §1326(a)(1). Further, the original meeting of creditors was scheduled for February 24, 2010, and he Debtor should have made the first plan payment by that date, but Debtor failed to appear at that scheduled meeting.

    9.    As stated in the Trustee's response to the Debtor's motion to vacate the dismissal, the Trustee's policy is not to reschedule a meeting of creditors until the first plan payment is received. In this case, the Debtor seeks a rescheduled meeting without the benefit of making any payments. The Trustee objects to this request.

WHEREFORE, the Trustee requests that the Court deny the Request for Additional Time for First Plan Payment, and assuming the Court vacates the dismissal, order the Debtor to make the first payment in the amount of $570.68 within ten (10) days of the reinstatement of the case.  Upon receipt of the payment, the Trustee will reschedule the meeting of creditors.

Dated:  March 25, 2010                    Respectfully submitted,
                                          Carolyn A. Bankowski
                                          Standing Chapter 13 Trustee
                                          /s/ Patricia A. Remer
                                          Carolyn A. Bankowski, BBO#631056
                                          Patricia A. Remer, BBO#639594
                                          Office of the Chapter 13 Trustee
                                          PO Box 8250
                                          Boston, MA  02114-0022
                                          (617) 723-1313
                                          13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re:<br>　　EDWARD N. McPHERSON,<br>　　　　　　　　　Debtor. | Chapter 13<br>Case No. 10-10127-WCH |
|---|---|

CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that on March 25, 2010, a copy of the Trustee's Response to Debtor's Motion for Additional Time for First Plan Payment was served via first class mail postage prepaid, or by electronic notice, upon the pro se debtor at the address set forth below.

Edward N McPherson
17 Oregon Road
Marshfield, MA 02050

　　　　　　　　　　　　　　　　　　　　　　　/s/  Patricia A. Remer_____
　　　　　　　　　　　　　　　　　　　　　　　Patricia A. Remer, BBO#639594

4