**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Edward N McPherson | Chapter: 13 |
| Debtor, | Case No: 10−10127 |
| | Judge William C. Hillman |

NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **4/8/10 at 09:30 AM** before the Honorable Judge William C. Hillman , Courtroom 2, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109−3945 to consider the following:

    [47] Motion for Court to Accept First Amended Plan

OBJECTION/RESPONSE DEADLINE:
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. (See MLBR 5071−1)

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013−1(f)].

Date:3/25/10

By the Court,

Patricia Heaney
Deputy Clerk
617−748−5337

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: ph                    Page 1 of 1                  Date Rcvd: Mar 25, 2010
Case: 10-10127                 Form ID: hrg                Total Noticed: 18

The following entities were noticed by first class mail on Mar 27, 2010.
db          +Edward N McPherson,    17 Oregon Road,    Marshfield, MA 02050-6719
aty         +Mitchell J. Levine,    Nair & Levin, P.C.,    707 Bloomfield Avenue,    Bloomfield, CT 06002-2406
tr          +Carolyn Bankowski-13,    Chapter 13 Trustee Boston,    P. O. Box 8250,    Boston, MA 02114-0950
ust         +John Fitzgerald,    Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
cr          +Wells Fargo Financial Massachusetts, Inc,    c/o Law Offices of Nair & Levin, P.C.,
              707 Bloomfield Avenue,    Bloomfield, CT 06002-2406
17374211    +Citibank,    PO Box 790114,    St. Louis, MO 63179-0114
17373203    +Citibank N.A.,    c/o MKM Acquisitions LLC,    P.O. Box 9010,    Woodbury, NY 11797-9010
17374214    +Cook & Company,    1025 Plain St.,    Marshfield, MA 02050-2111
17332189    +EDWARD N. MCPHERSON,    P.O. BOX 675,    MARSHFIELD,MA 02050-0675
17374213    +For Motro Credit,    PO Box 31111,    Tampa, FL 33631-3111
17374209    +HFC,    1421 Kristina Way,    Chesapeake, VA 23320-8917
17374215   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,    Internal Revenue Service,
              Cincinnati, OH 45999)
17374212    +Stefani Plumbing and Heating,    95 Camelot Drive,    Unit 5B,    Plymouth, MA 02360-3024
17374207    +Wells Fargo Auto Finance,    PO Box 7648,    Boise, ID 83707-1648
17364091    +Wells Fargo Bank NA,    4137 121st Street,    Urbandale IA 50323-2310
17374208    +Wells Fargo Financial,    4137 121st St.,    Urbandale, IA 50323-2310
17384698    +Wells Fargo Financial Massachusetts, Inc.,    Attn: MAC F6582-034,    PO Box 500,
              Chester, PA 19016-0500

The following entities were noticed by electronic transmission on Mar 25, 2010.
17374210    +E-mail/Text: lhughes@thebankofcanton.com                             Bank of Canton,
              490 Turnpike St.,    Canton, MA 02021-2704
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2010**                    **Signature:** *Joseph Speetjens*