UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Edward N McPherson     **Case Number:** 10-10127     **Ch:** 13

**Matter:**
     #44 Motion filed by Debtor Edward N McPherson to Set Aside Chapter 13 Trustee's Motion to Dismiss (E. McPherson)
     #52 Response by Chapter 13 Trustee    (C. Bankowski)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____ Sustained

__44__Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____OSC enforced/released

_____Continued to:_____ For:_____

_____Formal order/stipulation to be submitted by: _____ Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____ From_____
                Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____ Expenses of: $_____

__X__No appearance/response by: Debtor_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:          IT IS SO ORDERED:

                        /s/ William C. Hillman

_____     _____ Dated: 04/08/2010
Courtroom Deputy          William C. Hillman, U.S. Bankruptcy Judge