UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Edward N McPherson                  **Case Number:** 10-10127                  **Ch:** 13

**Matter:**

    #47 Motion filed by Debtor Edward N McPherson for Court to Accept
    First Amended Plan (Re: [41] First Amended Chapter 13 Plan   (E.
    McPherson)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐  By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____ For:_____

_____Formal order/stipulation to be submitted by: _____ Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____

                              Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____ Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.   Moot.

IT IS SO NOTED:                    IT IS SO ORDERED:

_____        _____ Dated: 04/08/2010
Courtroom Deputy                  William C. Hillman, U.S. Bankruptcy Judge