# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Edward N McPherson      Case Number: 10-10127      Ch: 13

**Matter:**
    #44 Motion filed by Debtor Edward N McPherson to Set Aside Chapter 13 Trustee's Motion to Dismiss (E. McPherson)
    #52 Response by Chapter 13 Trustee (C. Bankowski)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

__44__Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____ For:_____

_____Formal order/stipulation to be submitted by: _____ Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____ From_____
    Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____ Expenses of: $_____

__X__No appearance/response by: Debtor

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:      IT IS SO ORDERED:

     /s/ William C. Hillman

_____      _____ Dated: 04/08/2010

Courtroom Deputy      William C. Hillman, U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: fac                    Page 1 of 1                  Date Rcvd: Apr 08, 2010
Case: 10-10127                 Form ID: pdf012              Total Noticed: 2

The following entities were noticed by first class mail on Apr 10, 2010.
db           +Edward N McPherson,    17 Oregon Road,    Marshfield, MA 02050-6719
tr           +Carolyn Bankowski-13,    Chapter 13 Trustee Boston,    P. O. Box 8250,    Boston, MA 02114-0950
The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2010**            **Signature:**    *Joseph Speetjens*